# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1111.  REGINALD C. HARVEY v. THE STATE.**

A jury found Reginald Harvey guilty of first-degree burglary and felony theft by taking, and we affirmed the denial of his motion for a new trial on appeal. *Harvey v. State*, 344 Ga. App. 761 (811 SE2d 479) (2018).  He later filed an extraordinary motion for a new trial, which the trial court denied in November 2018.  Harvey then filed a notice of appeal to this Court.  We lack jurisdiction.

An appeal from an order denying an extraordinary motion for a new trial must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (7), (b); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  "Compliance with the discretionary appeals procedure is jurisdictional."  *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Harvey's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See id. at 258.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/24/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.